UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

JAYRAM REALTY CORP.,

                                 Debtor.
-----------------------------------------------------------x

Chapter 11

Case No.:  17-71576 (LAS)

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1073-3 of the Local Rules of Bankruptcy Procedure for the Eastern District of New York, Jayram Realty Corp. (the "**Debtor**") the above-captioned debtor and debtor in possession, hereby states that Joseph Verdi owns 100% of its stock.

In addition, (a) the Debtor does not own (directly or indirectly) 10% or more of any class of a corporation's publicly traded equity interests, (b) the Debtor does not own an interest in any limited partnership, (c) the Debtor does not own an interest in any general partnership, (d) the Debtor does not own an interest in any corporations or limited liability companies.

Pursuant to 28 U.S.C. §1746, I, the undersigned Authorized Representative of the Debtor, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, with reliance upon appropriate corporate officers.

Dated:  Farmingdale, New York
         April 14, 2017

                                    JAYRAM REALTY CORP.


                                   *s/Joanne Eisenberg*
                                  Name: Joanne Eisenberg
                                  Title: Vice-President