# CERTIFICATE OF RESOLUTION OF JAYRAM REALTY CORP.

I, Joseph Verdi, President and the sole shareholder of Jayram Realty Corp. (the "Company"), does hereby certify that the following resolution is adopted, effective as of March 17, 2017:

"RESOLVED, that by reason of the Company being unable to pay its debts as they mature, it is deemed expedient, necessary and in the best interests of the Company, its shareholders and its creditors, that the Company seek relief under title 11 of the United States Code from such circumstance and condition, and that the Company, acting by its Vice-President, Joanne Eisenberg, is hereby authorized, empowered and directed, to file a voluntary petition under chapter 11 of title 11, United States Code, and to retain the law firm of Silverman Acampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, as counsel for the Company in such proceedings, and to prepare, execute and deliver, in the name of the Company, or cause to be prepared, executed and delivered in its name, any and all petitions, pleadings, schedules, financial statements, affidavits, proposals, plans, agreements or instruments and make do and perform any and all other things all upon such terms and conditions deemed necessary, proper or appropriate in the discretion of the foregoing officer or officers to accomplish the foregoing purposes."

**IN WITNESS WHEREOF**, I have signed this certificate on the 13th day of April, 2017.

                                                s/Joseph Verdi
                                                Joseph Verdi
                                                President and Sole Shareholder